UNITED STATES of America,
Appellee,

v.

Juan MATOS, a/k/a "Tony," Appellant.

No. 978, Docket 71–1152.

United States Court of Appeals,
Second Circuit.

Argued June 4, 1971.

Decided June 4, 1971.

F. Mac Buckley, Asst. U. S. Atty. (Stewart H. Jones, U. S. Atty., for District of Connecticut, of counsel), for appellee.

M. Donald Cardwell, Hartford, Conn. (James N. Egan, Hartford, Conn., of counsel), for appellant.

Before CLARK, Associate Justice,* and SMITH and ANDERSON, Circuit Judges.

* Sitting by designation.

PER CURIAM:

We affirmed from the bench the conviction of appellant in the United States District Court for the District of Connecticut, T. Emmet Clarie, Judge.